IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00563-GPG

ANGELA AUSTIN,

　　Plaintiff,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER, BOARD OF TRUSTEES,

　　Defendant.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

DATED March 24, 2015, at Denver, Colorado.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　 s/ Gordon P. Gallagher
　　　　　　　　　　　　　　　　　　United States Magistrate Judge