IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00563

ANGELA AUSTIN,

Plaintiff,

v.

BOARD OF TRUSTEES OF METROPOLITAN STATE UNIVERSITY OF DENVER,

Defendant.

---

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

Plaintiff Angela Austin ("Ms. Austin") by and through her legal counsel Christine E. Breen, Esq., of Cantafio Hammond, P.C., and Defendant, Metropolitan State University of Denver (MSUD), by and through its counsel, the Colorado Attorney General and Assistant Attorney General Melisa Panagakos, hereby submit this Stipulated Motion to Dismiss with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii). As grounds for this motion, undersigned states as follows:

1) In accordance with D.C.COLO.LCivR 7.1, Plaintiff's counsel has conferred with Defense counsel, Melisa Panagakos, regarding this Motion and the Dismissal of this action. MSUD agrees to stipulate to the same.

2) Fed.R.Civ.P. 41(a)(1)(ii) states "…the plaintiff may dismiss an action without court order by filing…(ii) a stipulation of dismissal signed by all parties who have appeared."

3) Ms. Austin seeks to dismiss all of her claims in this action. She and MSUD agree that each party will be responsible for their own attorneys' fees and costs, respectively.

4) No party to this action will be prejudiced by the relief requested herein. All parties agree to the dismissal with prejudice of the claims in this action.

WHEREFORE, the parties hereby respectfully request that this Honorable Court grant this Motion and dismiss this lawsuit with prejudice and close the case.

Respectfully submitted this 8th day of October, 2015.

By: /s/ Christine E. Breen, Esq.
Christine E. Breen, Esq
Cantafio Hammond, P.C.
1875 Lawrence, Suite 730
Denver, CO 80202
303.292.4567
Attorney for Plaintiff

/s/ Melisa Panagakos Esq.
Melisa Panagakos, Esq.
Assistant Attorney General
Civil Litigation & Employment Law Section
1300 Broadway, 10th Floor
Denver, CO 80203
720.508.6600
Attorney for Defendant